# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00414-CR
## NO. 03-02-00415-CR

**Alan Watson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NOS. 9024047 & 9024048, HONORABLE FRED A. MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In both causes, a jury found appellant Alan Watson guilty of aggravated assault with a deadly weapon. Tex. Pen. Code Ann. ' 22.02 (West 1994). The district court assessed punishment in each cause, enhanced by previous felony convictions, at imprisonment for twenty-five years.

Appellant=s court-appointed attorney filed briefs concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Copies of

counsel=s briefs were delivered to appellant, and appellant was advised of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

We have reviewed the records and counsel=s briefs and agree that the appeals are frivolous and without merit.  We find nothing in the records that might arguably support the appeals.  Counsel=s motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Affirmed

Filed:   March 13, 2003

Do Not Publish

2